1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**GARDEN CITY BOXING CLUB, INC.,**

Plaintiff,

v.

**ANTONIO MENDEZ, et al.,**

Defendant.

Case No. CV 07-7673 WDK

**AMENDED JUDGMENT**

The Application of Garden City Boxing Club, Inc. for the entry of Default Judgment as to Defendant Antonio Mendez, individually and d/b/a El Chilango Restaurant # 3 having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the Plaintiff Garden City Boxing Club, Inc. against Defendant Antonio Mendez, individually and d/b/a El Chilango Restaurant # 3 as follows:

(a) Defendant Antonio Mendez, individually and d/b/a El Chilango Restaurant # 3, shall pay the Plaintiff, Garden City Boxing Club, Inc., $6,375 in total damages plus attorneys' fees in the amount of $837.50 plus costs.

1   IT IS SO ORDERED.

2   IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United

3   States mail or by telefax or by email, copies of this Order on counsel in this

4   matter.

5

6

7   Dated:9/19/08

8   _____

9                                William Keller
                                 United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28